**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEVIN VARGAS,
an individual,

        Case No.: 8:15-cv-2159-JSM-EAJ

    Plaintiff,
v.

VERIZON WIRELESS (VAW) LLC,
a foreign limited liability company,
SUNRISE CREDIT SERVICES, INC.,
a foreign for-profit corporation,
COLLECTO, INC., d/b/a EOS CCA,
a foreign for-profit corporation,
ENHANCED RECOVERY COMPANY, LLC,
a foreign limited liability company,
EQUIFAX INFORMATION SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION, LLC,
a foreign limited liability company,

    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION, LLC**

**COMES NOW**, Plaintiff, KEVIN VARGAS (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Middle District of Florida, Local Rule 3.08, and hereby submits this *Notice of Pending Settlement as to Defendant Trans Union, LLC* and states:

1. Plaintiff and Defendant, TRANS UNION, LLC (hereinafter "TU"), reached a settlement with respect to all claims in this case as to TU, and the parties are

presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendant Trans Union, LLC.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with TU's counsel, and TU has no objection to the relief sought.

Submitted this 8th day of December 2015.

    Respectfully submitted,

    **LEAVENLAW**

/s/ *Aaron M. Swift*
☐ **Ian R. Leavengood, Esq., FBN 0010167**
**[X] Aaron M. Swift, Esq., FBN 0093088**
☐ **Gregory H. Lercher, Esq., FBN 0106991**
☐ **Sara J. Weiss, Esq., FBN 0115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement as to Defendant Trans Union, LLC* has been furnished electronically this 8th day of December 2015 to:

Mary Alexander Myers, Esq.
Jones Day
1420 Peachtree Street, Suite 800
Atlanta, GA 30309
mamyers@jonesday.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Maria H. Ruiz, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
MRuiz@kasowitz.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Benjamin Carroccio, Esq.
Sunrise Family of Companies, General Counsel
260 Airport Plaza Blvd.
Farmingdale, NY 11735
bcarroccio@sunrisecreditservices.com
*Attorney for Defendant Sunrise Credit Services, Inc.*

Dale T. Golden, Esq.
Benjamin W. Raslavich, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
dgolden@gsgfirm.com
braslavich@gsgfirm.com
*Attorneys for Defendant Collecto, Inc.,*
*d/b/a EOS CCA*

Franklin G. Cosmen, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, FL 33156
fcosmen@qpwblaw.com
*Attorney for Defendant Trans Union, LLC*

Marc F. Kirkland, Esq.
Strasburger & Price, LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
marc.kirkland@strasburger.com
*Attorney for Defendant Trans Union, LLC*

John Anthony Love, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
tlove@kslaw.com
*Attorney for Defendant Equifax*
*Information Services, LLC*

Richard D. Rivera, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
rrivera@sgrlaw.com
*Attorney for Defendant Enhanced*
*Recovery Company, LLC*

Robert J. Alwine, II, Esq.
Robert Allen Law
1441 Brickell Avenue, Suite 1400
Miami, FL 33131
ralwine@robertallenlaw.com
*Attorney for Defendant Verizon Wireless (VAW) LLC*

/s/ *Aaron M. Swift*
Attorney