**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEVIN VARGAS,
an individual,

        Case No.: 8:15-cv-2159-JSM-EAJ

    Plaintiff,
v.

VERIZON WIRELESS (VAW) LLC,
a foreign limited liability company,
SUNRISE CREDIT SERVICES, INC.,
a foreign for-profit corporation,
COLLECTO, INC., d/b/a EOS CCA,
a foreign for-profit corporation,
ENHANCED RECOVERY COMPANY, LLC,
a foreign limited liability company,
EQUIFAX INFORMATION SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION, LLC,
a foreign limited liability company,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**
**AND STIPULATION FOR DISMISSAL**
**WITH PREJUDICE AS TO DEFENDANTS**
**ENHANCED RECOVERY COMPANY, LLC, SUNRISE CREDIT**
**SERVICES, INC., AND EXPERIAN INFORMATION SERVICES, LLC**

**COMES NOW**, Plaintiff, KEVIN VARGAS ("Plaintiff"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendants Enhanced Recovery Company, LLC, Sunrise Credit Services, Inc., and Experian Information Services, LLC*. Pursuant to Plaintiff's settlement with SUNRISE CREDIT SERVICES, INC., ENHANCED RECOVERY

COMPANY, LLC, and EXPERIAN INFORMATION SERVICES, LLC, (hereinafter, collectively "Settled Defendants"), Plaintiff states as follows:

1. A confidential settlement has been reached between Plaintiff and Settled Defendants in the above-styled case.

2. Plaintiff's claims are being dismissed with prejudice as to Settled Defendants only.

3. The Parties shall bear their own attorney's fees and costs.

4. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Settled Defendants' counsel, and Settled Defendants have no objection to the relief sought.

Submitted this 11th day of December 2015.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
☐ **Ian R. Leavengood, Esq., FBN 0010167**
[X] **Aaron M. Swift, Esq., FBN 0093088**
☐ **Gregory H. Lercher, Esq., FBN 0106991**
☐ **Sara J. Weiss, Esq., FBN 0115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendants Enhanced Recovery Company, LLC, Sunrise Credit Services, Inc., and Experian Information Services, LLC* has been furnished electronically this 11th day of December 2015 to:

Mary Alexander Myers, Esq.
Jones Day
1420 Peachtree Street, Suite 800
Atlanta, GA 30309
mamyers@jonesday.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Maria H. Ruiz, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
MRuiz@kasowitz.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Benjamin Carroccio, Esq.
Sunrise Family of Companies, General Counsel
260 Airport Plaza Blvd.
Farmingdale, NY 11735
bcarroccio@sunrisecreditservices.com
*Attorney for Defendant Sunrise Credit Services, Inc.*

Dale T. Golden, Esq.
Benjamin W. Raslavich, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
dgolden@gsgfirm.com
braslavich@gsgfirm.com
*Attorneys for Defendant Collecto, Inc.,*
*d/b/a EOS CCA*

Franklin G. Cosmen, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, FL 33156
fcosmen@qpwblaw.com
*Attorney for Defendant Trans Union, LLC*
Marc F. Kirkland, Esq.

Strasburger & Price, LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
marc.kirkland@strasburger.com
*Attorney for Defendant Trans Union, LLC*

John Anthony Love, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
tlove@kslaw.com
*Attorney for Defendant Equifax*
*Information Services, LLC*

Richard D. Rivera, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
rrivera@sgrlaw.com
*Attorney for Defendant Enhanced*
*Recovery Company, LLC*

Robert J. Alwine, II, Esq.
Robert Allen Law
1441 Brickell Avenue, Suite 1400
Miami, FL 33131
ralwine@robertallenlaw.com
*Attorney for Defendant Verizon Wireless (VAW) LLC*

        /s/ *Aaron M. Swift*
        Attorney